IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM CRAIG MACDONALD,

    Plaintiff,

v.

MICHAEL C. FEBRES, et al.,

    Defendants.

Civ. No.     6:14-cv-1632-TC

OPINION AND ORDER

**MCSHANE, Judge**:

On October 15, 2014, pro se plaintiff, William Macdonald, filed this action against numerous parties alleging retaliation stemming from his complaints about problems with rental properties. On October 17, 2014, after granting in forma pauperis status, the court dismissed plaintiff's complaint for failure to adequately allege any claims. The court allowed plaintiff 30 days to file an amended complaint curing the deficiencies and warned plaintiff that a failure to do so would result in dismissal of this action. To date, plaintiff has failed to respond with an amended complaint. Accordingly, this action is dismissed for failure to prosecute and failure to follow a court order.

## CONCLUSION

This action is dismissed.

IT IS SO ORDERED.

DATED this __24__ day of November 2014.

                        **Michael J. McShane**
                        **United States District Judge**

1 – OPINION AND ORDER